# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-279
_____

TREVIS PRINCE,

    Appellant,

    v.

WELLS FARGO BANK N.A. as
trustee on behalf of The Holders
of the Harborview Mortgage
Loan Trust Mortgage Loan
Pass-through Certificates Series
2007-1,

    Appellee.

_____

On appeal from the Circuit Court for Alachua County.
Donna M. Keim, Judge.

March 1, 2019

PER CURIAM.

    AFFIRMED.

ROWE, BILBREY, and WINSOR, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

James H. Cerveny, Gainesville; and Niles B. Whitten, Gainesville, for Appellant.

Allison Morat of Bitman O'Brien & Morat, PLLC, Maitland, for Appellee.